

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00167-CV

| | | |
|---|---|---|
| nFusion Capital Finance, LLC, Appellant | § | On Appeal from the 467th District Court |
| | § | of Denton County (24-1551-467) |
| v. | § | July 25, 2024 |
| BS Concepts, LLC, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's Mach 28, 2024 temporary-injunction order is vacated.

It is further ordered that Appellee BS Concepts, LLC shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
Justice Wade Birdwell